**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff
**DITECH FINANCIAL LLC FKA
GREEN TREE SERVICING LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>THUNDER PROPERTIES, INC,<br><br>　　　　Defendant. | CASE NO. 2:17-cv-00230-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO EXPUNGE LIS PENDENS**<br><br>ECF No. 14 |

　　　　Plaintiff DITECH FINANCIAL LLC ("Plaintiff") and Defendant THUNDER PROPERTIES, INC. ("Defendant") by and through their respective counsel of record, hereby stipulate to dismiss this matter with prejudice, each party shall bear its own fees and costs.

　　　　It is further stipulated to expunge the Lis Pendens recorded in the Official Records of the Washoe County Recorder on February 6, 2017 as Document Number 4677914.

///
///
///
///
///
///
///
///

1

A copy of this Order may be recorded in the Official Records of the Washoe County Recorder.

Dated: December 5, 2018

WOLFE & WYMAN, LLP

By: */s/ Colt B. Dodrill*
 Colt B. Dodrill, Esq.
 Nevada Bar No. 9000
 6575 Spencer Street
 Las Vegas, NV 89119
 *Attorney for Plaintiff*
 *DITECH FINANCIAL LLC*
 *FKA GREEN TREE SERVICING LLC*

Dated: December 5, 2018

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: */s/ Timothy E. Rhoda*
 ROGER P. CROTEAU, ESQ.
 Nevada Bar No. 4958
 TIMOTHY E. RHODA, ESQ.
 Nevada Bar No. 7878
 9120 West Post Road, Suite 100
 Las Vegas, Nevada 89148
 *Attorney for Defendant*
 *THUNDER PROPERTIES, INC.*

## ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THE STAY IS LIFTED, the Lis Pendens recorded in the Official Records of the Washoe County Recorder on February 6, 2017, as document number 4677914 is EXPUNGED, and THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 5, 2018

3187769.1